# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

Plaintiff(s),

v.

**DOCKETING STATEMENT**

**CASE NO.**

Defendant(s).

## I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a (civil) (criminal) action arising under the laws of the United States pursuant to ___ U.S.C. § ___.

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Eastern District of Wisconsin entered on _____ by the Honorable _____.

The United States Court of Appeals has jurisdiction to decide this case pursuant to ___ U.S.C. § ___.

The Notice of Appeal was filed with the District Court on _____.

Dated at Milwaukee, Wisconsin, this ____ day of _____, _____.

P. O. ADDRESS:

Name: _____

# CERTIFICATE OF SERVICE

I certify that on Thursday, August 03, 2023 a true and correct copy of the attached **PLAINTIFFS' DOCKETING STATEMENT** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Amber L. Herda
W. Timothy Steinle
**TERSCHAN STEINLE HODAN & GANZER LTD**
309 N. Water St. – Ste 215
Wilwaukee, Wisconsin 53202
*amber@tshglaw.com*
*timothy.steinle@tshglaw.com*

*Counsel for Defendants*

*/s/ John P. Kristensen*
John P. Kristensen
