# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Noer Fares, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> H, B & H, LLC dba On the Border Gentlemen's Club, et. al., <br><br> Defendants. | **Case No.: 2:21-cv-00753-NJ** <br><br> **COLLECTIVE ACTION** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENTS** <br><br> Complaint Filed: June 17, 2021 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that plaintiffs Layna Nygren, Janei Rice, and Noer Fares ("Plaintiffs") will and hereby do move this Court to approval of the settlement agreements reached between Plaintiffs and defendants H, B & H LLC dba On the Border Gentlemen's Club, ("HBH") a Wisconsin Corporation and Gerald Hay, ("Hay") an individual; (collectively "Defendants").

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration of John P. Kristensen, the pleadings, and all other papers on file in this action, and upon such other evidence and arguments as may be presented at a hearing on this matter.

Dated: October 22, 2024

*/s/ John P. Kristensen*
John P. Kristensen (224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Ste. C9
Santa Barbara, CA 93105
Telephone: 805-837-2000
john@kristensen.law

Jay A. Urban
**URBAN & TAYLOR S.C.**
4701 N. Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 906-5333
Fax: (414) 906-1700
jurban@wisconsininjury.com

*Attorneys for Plaintiffs*