# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NOER FARES, individually and on behalf of all others similarly situated,**

    Plaintiff,

    v.        Case No. 21-CV-753

**H, B, & H, LLC, d/b/a On the Border Gentlemen's Club, GERALD HAY, and DOES 1-10,**

    Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT

This Court, having considered Noer Fares' ("Plaintiff" or "Fares"), Layna Nygren's ("Plaintiff" or "Nygren"), and Janei Rice's ("Plaintiff" or "Rice") (collectively, "Plaintiffs") Unopposed Motion for Approval of FLSA Settlements, the declaration and supporting exhibits, and good cause appearing, the Court makes the following Order:

The Court finds the settlement is fair and reasonable pursuant to the FLSA.

Therefore, the Court hereby **GRANTS** the Motion and rules as follows:

The Fares Settlement of $14,000.00 is **APPROVED** and $7,000.00 is allocated to Plaintiff Fares as detailed in the Settlement Agreement (Exhibit 1 to the Declaration of John P. Kristensen) and $3,209.09 in attorneys' fees to Plaintiff's counsel are reasonable, as are the $3,790.91 in costs.

The Rice Settlement of $20,000.00 is **APPROVED** and $10,000.00 is allocated to Plaintiff Rice as detailed in the Settlement Agreement (Exhibit 2 to the Declaration of John

P. Kristensen) and $4,584.41 in attorneys' fees to Plaintiff's counsel are reasonable, as are the $5,415.59 in costs.

The Nygren Settlement of $6,000.00 is **APPROVED** and $3,000.00 is allocated to Plaintiff Nygren as detailed in the Settlement Agreement (Exhibit 3 to the Declaration of John P. Kristensen) and $1,375.32 in attorneys' fees to Plaintiff's counsel are reasonable, as are the $1,624.68 in costs.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 30th day of October, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2

Case 2:21-cv-00753-NJ    Filed 10/30/24    Page 2 of 2    Document 72