# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

*Nathaniel Vladic*

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

December 20, 2024

*By the Court:*

| | |
|---|---|
| No. 23-2413 | NOER FARES,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>H, B, & H, LLC, doing business as, On the Border Gentlemen's Club, et al.,<br>　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-00753-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph | |

On October 17, 2024, this court granted the parties' joint motion for a limited remand to obtain the district court's approval of their settlement agreement. This court retained jurisdiction and ordered the parties to file a status report or motion for voluntary dismissal within ten days of the district court's order addressing settlement or by November 18, 2024, if the district court had not acted. The district court approved of the parties' settlement agreement on October 30, 2024. Because the parties had not filed anything by December 2, 2024, this court issued an order reminding the parties to do so by December 12, 2024. The parties have not done so. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution.

form name: **c7_Order_BTC**     (form ID: **178**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 13, 2025

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 23-2413 | NOER FARES,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>H, B, & H, LLC, doing business as, On the Border Gentlemen's Club, et al.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-00753-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:　　　　　　　　　　No record to be returned

form name: **c7_Mandate**　　(form ID: **135**)